No. 738. STEPHEN M. EGAN, PLAINTIFF IN ERROR, *v.* THE STATE OF NEW JERSEY. In error to the Court of Errors and Appeals of the State of New Jersey. Motion to dismiss or affirm submitted April 20, 1914. Decided April 27, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Zeller* v. *New Jersey,* 231 U. S. 737, and cases cited. *Mr. John Franklin Fort* for the plaintiff in error. *Mr. Robert H. McCarter* and *Mr. Pierre P. Garven* for the defendant in error.

---

No. 652. SEABOARD AIR LINE RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* J. M. PACE MULE COMPANY. In error to the Supreme Court of the State of North Carolina. Submitted April 16, 1914. Decided May 4, 1914. *Per Curiam.* Judgment reversed with costs and cause remanded for further proceedings upon the authority of *Adams Express Co.* v. *Croninger,* 226 U. S. 491; *Chicago &c. R. Co.* v. *Miller,* 226 U. S. 513; *Missouri &c. R. Co.* v. *Harriman Bros.,* 227 U. S. 657. *Mr. Murray Allen* for the plaintiff in error. No appearance for the defendant in error.

---

No. 701. THE CITY OF LEWISTON, PLAINTIFF IN ERROR, *v.* JOHN CHAMBERLAIN ET AL. In error to the Supreme Court of the State of Idaho. Motion to dismiss or affirm submitted April 27, 1914. Decided May 4, 1914. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *McCorquodale* v. *Texas,* 211 U. S. 432; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 118; *Kansas City Star Co.* v. *Julian,* 215 U. S. 589; *Consol. Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 326, 334. *Mr. James H. Forney* for the plaintiff in error. *Mr. Burton L. French* for the defendants in error.